No. 97–8489.  SLEZAK v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–8495.  WARREN v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–8507.  EVANS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–8509.  DuBUC v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 97–8511.  BRYANT v. SPECKARD, SUPERINTENDENT, GROVELAND CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 97–8518.  HUFFMAN v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 97–8520.  FREJOMIL v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–8527.  WALKER v. THOMAS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–8533.  NOWIK v. NORTH DAKOTA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–8534.  TATAII v. CAYETANO.  C. A. 9th Cir.  Certiorari denied.

No. 97–8540.  BATES v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 97–8547.  HALEY v. FERGUSON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–8556.  BOWEN v. GUNDY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–8561.  TAL-MASON v. REDD ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.